```
                                                          CLERK'S OFFICE U.S. DIST. COURT
                                                                  AT DANVILLE, VA
                                                                       FILED
              IN THE UNITED STATES DISTRICT COURT          For Roanoke
             FOR THE WESTERN DISTRICT OF VIRGINIA            DEC 14 2006
                       ROANOKE DIVISION
                                                          JOHN F. CORCORAN, CLERK
                                                          BY:
                                                               DEPUTY CLERK
```

LOUIS R. CHAPMAN, )
    Plaintiff, ) Civil Action No. 7:06cv00708
  )
v. ) **FINAL ORDER**
  )
LARRY HUFFMAN, <u>et</u> <u>al</u>., ) By: Hon. Jackson L. Kiser
    Defendants. ) Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

**ENTER**: This 14th day of December, 2006.

                                                   /s/ Jackson L. Kiser
                                            Senior United States District Judge